UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTWAN SLATER,

    Plaintiff,

v.                                               Case No. 07-C-841

JEANANNE GREENWOOD and
RICHARD HEIDORN,

    Defendants.

**ORDER**

On January 23, 2008, the *pro se* plaintiff in the above matter filed a motion to compel discovery. Specifically, the plaintiff sought an order directing the defendants to produce for inspection and copying "any and all rules, regulations, and policies of the Wisconsin Department of Corrections about treatment of prisoners with eye infections, sties, and serious medical needs." In response to plaintiff's motion, defendants noted that they had responded to plaintiff's discovery request as of December 10, 2007. A copy of the response was attached indicating that plaintiff was invited to arrange, through the health services director, an opportunity to review the requested records and to obtain copies of any documents that he wanted as his own expense. Plaintiff did not file a reply and thus the court concludes that defendants have responded as indicated.

Based upon the foregoing, the court concludes that plaintiff is not entitled to an order compelling defendants to respond to his discovery requests. It appears that the defendants have responded and thus the motion should be and hereby is **DENIED**.

**SO ORDERED** this   9th   day of June, 2008.

                                                                     s/ William C. Griesbach
                                                                     William C. Griesbach
                                                                     United States District Judge